# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE ESTATE OF JONATHAN C. HUNT; AND SASHA D. HUNT, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE, <br><br> PLAINTIFFS, <br><br> v. <br><br> TRANSAMERICA LIFE INS. CO., <br><br> DEFENDANT. | C. A. No.: 1:17-cv-000153 RDM |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Delaware Local Rule 83.7, the appearance of Selena E. Molina as counsel for Defendant, Transamerica Life Ins. Co. is hereby withdrawn. James D. Taylor, Jr. of Saul Ewing Arnstein & Lehr LLP will continue to represent Defendant.

**SAUL EWING ARNSTEIN & LEHR LLP**

/s/ *James D. Taylor, Jr.*
James D. Taylor, Jr., Esquire (No. 4009)
Selena E. Molina, Esquire (No. 5936)
1201 N. Market Street, Suite 2300
Wilmington, Delaware 19801
Tel:  (302) 421-6800
James.taylor@saul.com
Selena.molina@saul.com

Joel C. Hopkins, Esq. (*pro hac vice*)
K. Wesley Mishoe, Esq. *(pro hac vice)*
SAUL EWING ARNSTEIN & LEHR LLP
Penn National Insurance Plaza
2 North Second Street, 7th Floor
Harrisburg, PA 17101
Telephone: (717) 257-7500
Joel.Hopkins@saul.com

*Attorneys for Transamerica Life Insurance Company*

Dated: December 28, 2018