**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE ESTATE OF JONATHAN C. HUNT; <br> AND SASHA D. HUNT, INDIVIDUALLY <br> AND AS EXECUTOR OF THE ESTATE, <br><br> PLAINTIFFS, <br><br> v. <br><br> TRANSAMERICA LIFE INS. CO., <br><br> DEFENDANT. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C. A. No.: 1:17-cv-000153 RDM <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Randall S. MacTough, Esquire as counsel for Defendant, Transamerica Life Ins. Co. in the above captioned matter.

**SAUL EWING ARNSTEIN & LEHR LLP**

 /s/ *Randall S. MacTough*
James D. Taylor, Jr., Esquire (No. 4009)
Randall S. MacTough (No. 6108)
1201 N. Market Street, Suite 2300
Wilmington, Delaware 19801
Tel:  (302) 421-6800
James.taylor@saul.com
randall.mactough@saul.com

Joel C. Hopkins, Esq. (*pro hac vice*)
K. Wesley Mishoe, Esq. (*pro hac vice*)
SAUL EWING ARNSTEIN & LEHR LLP
Penn National Insurance Plaza
2 North Second Street, 7th Floor
Harrisburg, PA 17101
Telephone: (717) 257-7500
Joel.Hopkins@saul.com

*Attorneys for Transamerica Life Insurance Company*

Dated: January 17, 2020