THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ESTATE OF JONATHAN HUNT, et al., :
:
    Plaintiffs, :
v. : 1:17-CV-153
: (JUDGE MARIANI)
TRANS AMERICA INSURANCE CO. :
:
    Defendant. :

## ORDER

**AND NOW, THIS 18TH DAY OF FEBRUARY, 2020**, upon review of the parties' submissions (Docs. 60-63) and the attachments thereto, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Objections to Interrogatories 9, 18, and 23 are **OVERRULED** as follows:[1]

   a. Defendant shall respond in whole to Plaintiff's Interrogatory # 9. Upon review of that interrogatory, the Court finds that it is relevant, not privileged, not unduly burdensome, and proportional to the needs of this case.

   b. With respect to Plaintiff's Interrogatories # 18 and 23, the Court finds that the time period set forth therein, specifically, for the identification of information from "January 1, 2005 through December 31, 2015", is unduly

---

[1] Plaintiff's counsel has consistently failed to apprise this Court which of Defendant's objections to the Interrogatories he believes the Court should review and overrule. However, in reading the parties' submissions, the Court has gleaned that Plaintiff objects to Defendant's responses to Interrogatories #9, 18, and 23. To the extent that Plaintiff objects to other responses to the interrogatories set forth by Defendant, Plaintiff has waived those objections by failing to specify what responses to the Interrogatories he deems to be insufficient.

burdensome and therefore limits these Interrogatories to the time period of January 1, 2010 through December 31, 2015. Defendant shall respond to Plaintiff's Interrogatories # 18 and 23 as modified herein, as they request information that is relevant, not privileged, not otherwise unduly burdensome, and proportional to the needs of this case.

2. Defendant shall provide answers to Interrogatories 9, 18, and 23 as limited herein within **14 days** of the date of this Order. Plaintiff shall depose Defendant's three Rule 30(b)(6) witnesses on or before March 17, 2020. The period for completion of depositions is extended from February 26, 2020 to March 17, 2020 for the sole purpose of deposing Defendant's Rule 30(b)(6) witnesses in accordance with this Order.

3. Due to Plaintiff's insistence, Abby Canfield shall be produced for deposition (*see* Doc. 62) as a Rule 30(b)(6) witness. In addition to the two witnesses already identified by TransAmerica as Rule 30(b)(6) witnesses (*see* Doc. 61), Plaintiff's request to depose Ms. Canfield is granted. However, at Defendant's option, TransAmerica may produce Ms. Canfield by video deposition from her designated location. Plaintiff's counsel is instructed that the Court will be available to hear and rule upon any objection by Defendant's counsel that Plaintiff's questioning of any of the persons designated as Rule 30(b)(6)

witnesses is needlessly cumulative or beyond that particular witness' knowledge or competence.

4. The deadline for filing dispositive motions is extended to **May 5, 2020**.

_____
Robert D. Mariani
United States District Judge