IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE ESTATE OF JONATHAN C. HUNT; ) <br> AND SASHA D. HUNT, INDIVIDUALLY ) <br> AND AS EXECUTOR OF THE ESTATE, ) <br> ) <br> PLAINTIFFS, ) <br> ) <br> v. ) <br> ) <br> TRANSAMERICA LIFE INS. CO., ) <br> ) <br> DEFENDANT. ) | C. A. No.: 1:17-cv-000153 RDM |

## ORDER

AND NOW, this \_\_\_\_\_5th\_\_\_\_ day of \_\_\_\_May_____ 2020, upon consideration of Defendant Transamerica Life Insurance Company's Consent Motion to Extend Deadlines, it is hereby **ORDERED** and **DECREED** that Defendant's Motion is **GRANTED**.  The deadline for Plaintiffs to depose Transamerica's Rule 30(b)(6) witnesses shall occur thirty (30) days after the Court enters its ruling on Transamerica Life Insurance Company's request to reconsider the Court's February 18, 2020 Order.  Further, the Court extends the dispositive motions deadline to seventy-five (75) days from the date this Court enters its ruling on Transamerica Life Insurance Company's request to reconsider the Court's February 18, 2020 Order.

BY THE COURT:

 s/ *Robert D. Mariani*
Robert D. Mariani
United States District Judge